**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | | |
|---|---|---|
| In re: BARNETT, JACK JOSEPH <br> WESTERN, EMILY DAWN <br><br> Debtor(s) | § <br> § <br> § <br> § | Case No. 20-24897 |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Peggy Hunt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,503.00 | Assets Exempt: | $4,313.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,125.80 | Claims Discharged Without Payment: | $53,373.36 |
| Total Expenses of Administration: | $887.34 | | |

3) Total gross receipts of $3,013.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,013.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,200.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $887.34 | $887.34 | $887.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $9,309.00 | $5,800.78 | $5,800.78 | $2,125.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $36,585.48 | $21,454.88 | $21,454.88 | $0.00 |
| **TOTAL DISBURSEMENTS** | $47,094.48 | $28,143.00 | $28,143.00 | $3,013.14 |

4) This case was originally filed under chapter 7 on 08/13/2020.  The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    01/12/2022            By: /s/ Peggy Hunt
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EMILY'S POTENTIAL UN-LIQUIDATED TAX REFUNDS | 1124-000 | $2,431.35 |
| PREPAID CARD: COMDATA | 1129-000 | $581.79 |
| **TOTAL GROSS RECEIPTS** | | **$3,013.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bread | 4110-000 | $1,200.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$1,200.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Peggy Hunt | 2100-000 | NA | $753.29 | $753.29 | $753.29 |
| Trustee, Expenses - Peggy Hunt | 2200-000 | NA | $124.05 | $124.05 | $124.05 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $887.34 | $887.34 | $887.34 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | INTERNAL REVENUE SERVICE | 5800-000 | $2,598.00 | $3,200.42 | $3,200.42 | $1,172.85 |
| 5P | UTAH STATE TAX COMMISSION | 5800-000 | $6,711.00 | $2,600.36 | $2,600.36 | $952.95 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $9,309.00 | $5,800.78 | $5,800.78 | $2,125.80 |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV FUNDING, LLC | 7100-000 | NA | $293.48 | $293.48 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $418.00 | $502.53 | $502.53 | $0.00 |
| 3 | MERRICK BANK | 7100-000 | $880.00 | $732.87 | $732.87 | $0.00 |
| 4U | INTERNAL REVENUE SERVICE | 7100-000 | NA | $14,151.98 | $14,151.98 | $0.00 |
| 5U | UTAH STATE TAX COMMISSION | 7100-000 | NA | $361.60 | $361.60 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $968.00 | $968.99 | $968.99 | $0.00 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $345.00 | $393.76 | $393.76 | $0.00 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | $689.00 | $689.31 | $689.31 | $0.00 |
| 9 | MOUNTAIN AMERICA CREDIT UNION | 7100-000 | NA | $519.23 | $519.23 | $0.00 |
| 10 | MOUNTAIN AMERICA CREDIT UNION | 7100-000 | $1,106.00 | $1,101.59 | $1,101.59 | $0.00 |
| 11 | MOUNTAIN AMERICA CREDIT UNION | 7100-000 | NA | $790.52 | $790.52 | $0.00 |
| 12 | SYNCHRONY BANK | 7100-000 | $261.00 | $261.87 | $261.87 | $0.00 |
| 13 | PINNACLE CREDIT SERVICES, LLC | 7100-000 | NA | $687.15 | $687.15 | $0.00 |
| N/F | Action Rent to Own | 7100-000 | $3,110.00 | NA | NA | NA |
| N/F | Affirm | 7100-000 | $61.14 | NA | NA | NA |
| N/F | Affirm Inc | 7100-000 | $117.00 | NA | NA | NA |
| N/F | Affirm Inc | 7100-000 | $36.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Affirm Inc | 7100-000 | $191.00 | NA | NA | NA |
| N/F | Affirm Inc | 7100-000 | $231.00 | NA | NA | NA |
| N/F | Aldous | 7100-000 | $315.00 | NA | NA | NA |
| N/F | Bonn Coll | 7100-000 | $351.00 | NA | NA | NA |
| N/F | Cap1/wmt | 7100-000 | $101.00 | NA | NA | NA |
| N/F | Carmax Auto Finance | 7100-000 | $1,283.00 | NA | NA | NA |
| N/F | Cascade Collections LLC* | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Check City | 7100-000 | $623.06 | NA | NA | NA |
| N/F | Check City | 7100-000 | $2,443.29 | NA | NA | NA |
| N/F | Department of Education | 7100-000 | $7,620.61 | NA | NA | NA |
| N/F | Fremont County Idaho | 7100-000 | $276.00 | NA | NA | NA |
| N/F | Granite View Dental | 7100-000 | $100.00 | NA | NA | NA |
| N/F | I.c. System, Inc | 7100-000 | $119.00 | NA | NA | NA |
| N/F | Intermountain Health Care | 7100-000 | $68.25 | NA | NA | NA |
| N/F | Medallus Medical | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Nc Financial | 7100-000 | $3,238.00 | NA | NA | NA |
| N/F | NetCredit | 7100-000 | $3,161.83 | NA | NA | NA |
| N/F | Onemain | 7100-000 | $6,195.00 | NA | NA | NA |
| N/F | Outsource Receivables | 7100-000 | $62.00 | NA | NA | NA |
| N/F | Rc Willey Home Furn | 7100-000 | $662.00 | NA | NA | NA |
| N/F | Riverton Music Co | 7100-000 | $663.30 | NA | NA | NA |
| N/F | Universal Fidelity LP | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | University of Utah Health Care* | 7100-000 | $454.00 | NA | NA | NA |
| N/F | Utah Imaging Associates | 7100-000 | $36.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$36,585.48** | **$21,454.88** | **$21,454.88** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8  
Page: 1

| Case No.: | 20-24897 | | Trustee Name: | (640180) Peggy Hunt |
|---|---|---|---|---|
| Case Name: | BARNETT, JACK JOSEPH | | Date Filed (f) or Converted (c): | 08/13/2020 (f) |
| | WESTERN, EMILY DAWN | | § 341(a) Meeting Date: | 09/15/2020 |
| For Period Ending: | 01/12/2022 | | Claims Bar Date: | 12/30/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | SOFA & COUCHES | 600.00 | 0.00 | | 0.00 | FA |
| 2 | BEDS & BEDDING | 300.00 | 0.00 | | 0.00 | FA |
| 3 | TELEVISION | 100.00 | 0.00 | | 0.00 | FA |
| 4 | COMPUTER/PRINTER | 290.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 350.00 | 0.00 | | 0.00 | FA |
| 6 | ENGAGEMENT RING | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | DOG | 250.00 | 0.00 | | 0.00 | FA |
| 8 | SERVICE DOG FOR DISABLED DAUGHTER | 1,200.00 | 0.00 | | 0.00 | FA |
| 9 | CASH | 0.00 | 0.00 | | 0.00 | FA |
| 10 | PREPAID CARD: COMDATA | 0.00 | 0.00 | | 581.79 | FA |
| 11 | CHECKING/SAVINGS: AMERICA FIRST CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 12 | CHILD SUPPORT | 413.00 | 0.00 | | 0.00 | FA |
| 13 | EMILY'S POTENTIAL UN-LIQUIDATED TAX REFUNDS | Unknown | 0.00 | | 2,431.35 | FA |
| 14* | JACK'S POTENTIAL UNLIQUIDATED TAX REFUNDS (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | **$4,503.00** | **$0.00** | | **$3,013.14** | **$0.00** |

RE PROP# 14   Refunds were offset to pay back owed taxes

**Major Activities Affecting Case Closing:**

    03/16/2021 - MD - Quarterly review - Waiting for Emily's 2020 tax refunds and Jack's refunds  
    05/11/2021 - MD - Quarterly review - Waiting for 2020 tax refunds  
    09/14/2021 - EJ - Receive and deposit Emily's refund for $2,431.35  
    10/13/2021 - EJ -Comdata account balance rec'vd.  
    10/26/2021 - SW - claims review  
    11/08/2021 - SW - Sent TFR to UST  
    11/30/2021 - EJ - Filed Fee app and NFR; D/L obj 12/21/21  
    12/21/2021 - EJ -Order filed  
    12/23/2021 - EJ - Distribution  
    Initial Projected Date of Final Report TFR):09/15/2022   Current Projected Date of Final Report (TFR):09/15/2022

**Initial Projected Date Of Final Report (TFR):** 09/15/2022     **Current Projected Date Of Final Report (TFR):** 11/04/2021 (Actual)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 20-24897
**Case Name:** BARNETT, JACK JOSEPH
WESTERN, EMILY DAWN

**For Period Ending:** 01/12/2022

**Trustee Name:** (640180) Peggy Hunt
**Date Filed (f) or Converted (c):** 08/13/2020 (f)
**§ 341(a) Meeting Date:** 09/15/2020
**Claims Bar Date:** 12/30/2020

01/12/2022
Date

/s/Peggy Hunt
Peggy Hunt

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 20-24897 | Trustee Name: | Peggy Hunt (640180) |
|---|---|---|---|
| Case Name: | BARNETT, JACK JOSEPH | Bank Name: | Metropolitan Commercial Bank |
|  | WESTERN, EMILY DAWN | Account #: | ******0667 Checking |
| Taxpayer ID #: | **-***0790 | Blanket Bond (per case limit): | $57,678,389.00 |
| For Period Ending: | 01/12/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/13/21 | {13} | Emily Western | Emily Western refund | 1124-000 | 2,431.35 | | 2,431.35 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,426.35 |
| 10/12/21 | {10} | JACK JOSEPH BARNETT, EMILY DAWN WESTERN | monies in the Comdata Account | 1129-000 | 581.79 | | 3,008.14 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 3,003.14 |
| 12/23/21 | 101 | Peggy Hunt | Combined trustee compensation & expense dividend payments. | | | 877.34 | 2,125.80 |
| | | Peggy Hunt | Claims Distribution - Thu, 11-04-2021           $753.29 | 2100-000 | | | |
| | | Peggy Hunt | Claims Distribution - Thu, 11-04-2021           $124.05 | 2200-000 | | | |
| 12/23/21 | 102 | INTERNAL REVENUE SERVICE | Dividend paid 36.65% on Claim #, 4P Filed Amount: $3,200.42 | 5800-000 | | 1,172.85 | 952.95 |
| 12/23/21 | 103 | UTAH STATE TAX COMMISSION | Dividend paid 36.65% on Claim #, 5P Filed Amount: $2,600.36 | 5800-000 | | 952.95 | 0.00 |
| | | **COLUMN TOTALS** | | | 3,013.14 | 3,013.14 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 3,013.14 | 3,013.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$3,013.14** | **$3,013.14** | |

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-24897 | **Trustee Name:** | Peggy Hunt (640180) |
| **Case Name:** | BARNETT, JACK JOSEPH<br>WESTERN, EMILY DAWN | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******0667 Checking |
| **Taxpayer ID #:** | **-***0790 | **Blanket Bond (per case limit):** | $57,678,389.00 |
| **For Period Ending:** | 01/12/2022 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,013.14 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,013.14 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0667 Checking | $3,013.14 | $3,013.14 | $0.00 |
| | **$3,013.14** | **$3,013.14** | **$0.00** |

01/12/2022 /s/Peggy Hunt

Date  Peggy Hunt

UST Form 101-7-TDR (10 /1/2010)